United States District Court
Southern District of Texas
**ENTERED**
October 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HSL FILLY SHIPPING, LTD., *et al.*, § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> VOPAK TERMINAL – DEER PARK, § <br> INC., § <br> *Defendant.* § | Case No. 4:22-CV-00066 |

## ORDER

On October 27, 2023, the Court held oral argument on Plaintiffs' Motion for Partial Summary Judgment, ECF No. 18, and Defendant's Motion for Summary Judgment, ECF No. 26. The Court also discussed the potential for mediation and possible trial dates with counsel. Accordingly, it is hereby **ORDERED** that:

- For the reasons stated on the record, the parties' motions for summary judgment, ECF Nos. 18, 26, are **DENIED**.

- This case is set for a final pretrial conference and bench trial on **December 12, 2023**, at **1:00 p.m.** in Courtroom 702. The joint pretrial order and proposed findings of fact and conclusions of law shall be filed by **December 5, 2023**.

- Counsel shall notify the Court of the date set for mediation and shall immediately inform the Court whether the case has settled after mediation.

**IT IS SO ORDERED.**

Signed at Houston, Texas, on October 30, 2023.

**Dena Hanovice Palermo**
**United States Magistrate Judge**